

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Larry Doescher,

Vs. No. 11-19-00211-CR

The State of Texas,

\* From the 42nd District Court
  of Taylor County,
  Trial Court No. 28068A.

\* October 13, 2022

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that the "Offense for which Defendant Convicted" is "AGGRAVATED SEXUAL ASSAULT OF A DISABLED INDIVIDUAL." As modified, we affirm the judgment of the trial court.